Argued May 23, affirmed June 20, 1978

MOLVER, *Appellant,*
*v.*
ROSEBURG LUMBER CO., *Respondent.*
(No. 77-1642, CA 9721)
579 P2d 903

A. J. Morris, Eugene, argued the cause for appellant. With him on the brief was Hoffman, Morris, Van Rysselberge & Giustina, Eugene.

Roger R. Warren, Beaverton, argued the cause for respondent. With him on the brief was Philip A. Mongrain, Eugene.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).